# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **QPSX DEVELOPMENTS 5 PTY LTD.,** § § § | |
| *Plaintiff,* § § | |
| vs. § | Civil Action No. 2:07-cv-118 (TJW) |
| § | |
| **CIENA CORPORATION, et al.** § § | |
| *Defendants.* § § § § § | |

## UNOPPOSED MOTION TO DISMISS

Plaintiff QPSX Developments 5 Pty Ltd., ("QPSX") and Defendant Nokia Siemens Networks US LLC, ("NSN") respectfully move the Court to dismiss their respective causes of action against each other and in support would thereof show the court as follows:

All matters in controversy between QPSX and NSN have been settled and compromised, and the parties therefore move to dismiss all causes of action asserted or which could have been asserted in this suit, with prejudice to the right to pursue any such claims in the future. The parties further move that all costs of court be assessed against the party who incurred them.

NSN is unopposed to all relief requested herein.

WHEREFORE, PREMISES CONSIDERED, the parties pray that this action be dismissed with prejudice, with all costs of court being assess against the party who incurred them.

Dated:  July 29, 2008             Respectfully submitted,

           By: */s/ Robert S. Harrell*

             Robert S. Harrell
             **Lead Attorney**
             Texas Bar No.  09041350
             rharrell@fulbright.com
             FULBRIGHT & JAWORSKI L.L.P.
             1301 McKinney, Suite 5100
             Houston, Texas 77010
             Telephone:  (713) 651-5151
             Facsimile:  (713) 651-5246

             COUNSEL FOR PLAINTIFF
             QPSX DEVELOPMENTS 5 PTY LTD.

OF COUNSEL

| | |
|---|---|
| Brett C. Govett | Otis W. Carroll |
| Texas Bar No. 08235900 | Texas Bar No.  03895700 |
| Email: bgovett@fulbright.com | IRELAND, CARROLL & KELLEY, P.C. |
| Robert M. Chiaviello, Jr. | 6101 South Broadway |
| Texas Bar No. 04190720 | P.O. Box 7879 |
| Email: bobc@fulbright.com | Tyler, Texas 75711-7879 |
| FULBRIGHT & JAWORSKI L.L.P. | Telephone:  (903) 561-1600 |
| 2200 Ross Avenue, Suite 2800 | Facsimile:  (903) 581-1071 |
| Dallas, Texas  75201-2784 | Email: otiscarroll@icklaw.com |
| Telephone:  (214) 855-8000 | |
| Facsimile:  (214) 855-8200 | Franklin Jones, Jr. |
| | Texas Bar No.  00000055 |
| Robert S. Bramson | 201 West Houston Street |
| BRAMSON & PRESSMAN | P.O. Box 1249 |
| 1100 E. Hector Street | Marshall, Texas 75671-1249 |
| Suite 410 | Telephone:  (903) 938-4395 |
| Conshohocken, PA 19428 | Facsimile: (903) 938-33604395 |
| Telephone:  (610) 260-4444 | Email: maizieh@millerfirm.com |
| Facsimile:  (610) 260-4445 | |
| rbramson@b-p.com | |

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 29th day of July, 2008 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                             */s/ Robert S. Harrell*
                                                             Robert S. Harrell